# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SERINA BOWEN,<br><br>            Plaintiff,<br><br>vs.<br><br>METHODIST FREMONT HEALTH, FREMONT HEALTH, DODGE COUNTY, NEBRASKA, MIDLAND UNIVERSITY, FREMONT COMMUNITY HEALTH RESOURCES, KAREN HAASE, and KSB SCHOOL LAW, PC, LLO,<br><br>            Defendants. | 8:19CV270<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

This matter is before the Court on the Unopposed Motion to Dismiss, ECF No. 27, filed by Plaintiff Serina Bowen. Plaintiff no longer wishes to prosecute her claim against Defendant Dodge County, Nebraska, and requests an Order dismissing Dodge County, Nebraska from the above-captioned matter. Plaintiff represents she has conferred with all defense counsel and there is no objection to the Motion. Accordingly,

IT IS ORDERED:

1. Plaintiff's Unopposed Motion to Dismiss, ECF No. 27, is granted;

2. Defendant Dodge County, Nebraska, is dismissed without prejudice as a party to this action; and

3. The Clerk is directed to amend the caption to eliminate Defendant Dodge County, Nebraska.

Dated this 3rd day of October, 2019.

BY THE COURT:

s/Laurie Smith Camp

Senior United States District Judge