IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SERINA BOWEN, | |
|---|---|
| Plaintiff, | 8:19CV270 |
| vs. | |
| METHODIST FREMONT HEALTH, FREMONT HEALTH, MIDLAND UNIVERSITY, FREMONT COMMUNITY HEALTH RESOURCES, KAREN HAASE, KSB SCHOOL LAW, PC, LLO, MARK VOSS, in his individual and official capacity; JACKIE BEATEN, in her individual and official capacity; BETHANY CHILDERS, in her individual and official capacity; and MERRITT NELSON, in his individual and official capacity; | ORDER |
| Defendants. | |

On February 14, 2020, Plaintiff filed a motion for leave to file her third amended complaint. (Filing No. 60). Plaintiff's motion to amend is partially opposed. (Filing No. 63). However, before her motion for leave to file her third amended complaint was fully submitted, Plaintiff filed a motion for leave to file a fourth amended complaint. (Filing No. 67).

In light of her motion to file a fourth amended complaint, Plaintiff has moved to withdraw her earlier motion for leave to amend. (Filing No. 72). Plaintiff's request to withdraw her previous motion is unopposed.

Accordingly, IT IS ORDERED:

1) Plaintiff's motion to withdraw (Filing No. 72) is granted. Plaintiff's motion for leave to file a third amended complaint (Filing No. 60) is withdrawn.

2) The Clerk shall terminate all pending objections associated with Plaintiff's motion for leave to file a third amended complaint (Filing No. 60) and will vacate any remaining briefing deadlines related to the same.

Dated this 17th day of March, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge